# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WELLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SCOUT ANALYTICS, INC., a Washington corporation, SERVICE SOURCE INTERNATIONAL, INC., a Delaware corporation, MIKE SMERKLO, an individual, <br><br> Defendants. | Case No.  14-cv-05046-YGR <br><br> **REQUEST FOR DISMISSAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Scott Weller hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated January 26, 2015.

**NEWMAN DU WORS LLP**

By: *John Du Wors*
John Du Wors, WSBA No. 33987
Attorney for Plaintiff Scott Weller

---

REQUEST FOR DISMISSAL - 1   |   **NEWMAN DU WORS LLP**   |   1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800